IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL A JACKSON,

    Petitioner,

v.                                                  CASE NO. 4:09-cv-00131-MP-WCS

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation to Dismiss 2254 Petition regarding the Petition for Writ of Habeas Corpus filed by Michael A. Jackson, Doc. 1. Upon review, the Magistrate Judge recommended that this § 2254 petition, challenging Petitioner's convictions and life sentences for armed robbery, imposed by the Second Judicial Circuit, Leon County, Case Numbers 02-1404, 02-1504, 02,-1460, and 02-1573, be summarily dismissed as untimely under § 2244(d). Petitioner timely objected to this Report and Recommendation, Doc. 17.

Petitioner had alleged that the § 2255 petition was untimely filed because he was intentionally and wrongfully deprived of his legal documents by prison officials. Petitioner asserts that he did not even know his case number without these documents, and was therefore unable effectively to research his claim in order to prepare his collateral attack on his state court convictions. Petitioner asserts that he filed his § 2255 petition very shortly after regaining access to his legal documents, and therefore requests equitable tolling for his claim for the time he was deprived of these legal documents. Petitioner additionally asserts that he has once again been

deprived of his legal documents, but that if and when he regains access to them, he will be able to present evidence that he originally filed his federal § 2255 petition in November, 2008, rather than April, 2009 as the docket currently shows.

In his analysis, the Magistrate Judge states specifically that he did not know when in 2008 Petitioner regained access to his legal documents. In his objections to the Report and Recommendation, Petitioner states that he received the legal documents in October 13, 2008. In light of this new fact, the Report and Recommendation is rejected, and this matter remanded to the Magistrate Judge to determine if this new information has any effect on the timeliness of the petition.

**DONE AND ORDERED** this  *1st* day of September, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge